IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR107 |
| | ) | |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | AND |
| TAMMY L. SHUCK and | ) | ORDER |
| CHRISTOPHER J. TIERNEY, | ) | |
| | ) | |
| Defendants. | ) | |

At the conclusion of the hearing on September 21, 2012, on the defendant's Motions for Bill of Particulars, to Dismiss, and to Suppress, I stated my conclusions on the record and my decision to recommend that the motion to dismiss and suppress be denied and that the Motion for a Bill of Particulars is denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, Chief United States District Judge, that the motions to dismiss, Filing Nos. 56 and 62, be denied and that the motions to suppress, Filing Nos. 58 and 64, be denied as set forth in the oral Findings and Recommendation.

**IT IS ORDERED** that the motions for a Bill of Particulars, Filing Nos. 54 and 60, are denied as set forth in the oral Findings.

**FURTHER, IT IS ORDERED:**

Pursuant to NECrimR 59.2 any objection to this Findings and Recommendation and Order shall be filed with the Clerk of the Court within fourteen (14) days after the transcript is available to counsel for reading in the clerk's office. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 21st day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge