## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR107 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TAMMY L. SCHUCK, | ) | |
| TABATHA N. ASHBURN, and | ) | |
| CHRISTOPHER J. TIERNEY, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM R. KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the Federal Public Defender David R. Stickman and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Tammy L. Schuck (Schuck) (Filing No. 89). Mr. Stickman represents that the Office of the Federal Public Defender has a conflict of interest in this matter. The court held a hearing on the motion on January 31, 2013. Schuck was present along with Mr. Stickman. The United States was represented by Assistant U.S. Attorneys John E. Higgins and Donald J. Kleine. Following representations from Mr. Stickman and Mr. Higgins, Mr. Stickman's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 89) is granted.

Mark W. Bubak, 1216 North 101st Circle, Omaha, NE 68114, (402) 934-9250, is appointed to represent Schuck for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Stickman shall forthwith provide Mr. Bubak with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Stickman which are material to Schuck's defense.

The clerk shall provide a copy of this order to Mr. Bubak, and he shall file his appearance forthwith.

The court will hold a Rule 17.1 conference with all counsel in this case and the case of United States v. William R. Knox, 8:12CR108, **at 11:00 a.m. on February 7, 2013**, in Courtroom No. 7, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendants need not attend for such conference.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge