# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:12CR107 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TAMMY L. SCHUCK,** | ) | |
| **TABATHA N. ASHBURN,** and | ) | |
| **CHRISTOPHER J. TIERNEY,** | ) | |
| | ) | |
| Defendants. | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter (Filing No. 120) shall immediately precede jury selection or a change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 19th day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge