### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR107 |
| vs. | ) | ORDER |
| TAMMY L. SCHUCK and TABATHA N. ASHBURN, | ) | |
| Defendants. | ) | |

This matter is before the court following the Rule 17.1. conference held in Courtroom No. 7 on August 22, 2013. Assistant U.S. Attorneys John E. Higgins and Donald J. Kleine represented the United States. Mark W. Bubak represented defendant Tammy L. Schuck. A. Michael Bianchi represented defendant Tabatha N. Ashburn. The defendants were not present. Following a discussion with counsel regarding the status of the case, the following deadlines were established:

1. Stipulations regarding authenticity of various exhibits to be used at trial to be completed **by September 6, 2013.**

2. The government's list of exhibits to be used at trial to be disclosed **by September 20, 2013**. Such list may be subject to additions.

3. The defendants' lists of exhibits to be disclosed **by October 1, 2013.** Such lists may be subject to additions.

4. Any motions in limine by any party to be filed **by September 26, 2013.** Any responses to the motions in limine to be filed **by October 2, 2013.**

5. Any request for a protective order to be filed on a restricted basis **by September 13, 2013.**

6. Any objections regarding the government's proposed tape recording exhibits to be made **by August 28, 2013**.

7. The defendants' Rule 16 reciprocal discovery to be completed **by September 13, 2013**.

8. Arraignment on the Superseding Indictment shall occur as set forth in the court's previous order (Filing No. 124)

**IT IS SO ORDERED.**

The government estimates ten trial days to present its evidence. The defendants estimate 2-3 days to present their evidence. The court may schedule further Rule 17.1 conferences as may be deemed necessary.

DATED this 22nd day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge