IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR107 |
| vs. | |
| TAMMY SCHUCK and TABATHA ASHBURN, | ORDER |
| Defendants. | |

This matter came before the Court on the Motion of the United States requesting authorization for the issuance of a subpoena under Rule 17(c) of the Federal Rules of Criminal Procedure (Filing No. 142).  The Court finds that the request is reasonable in that it seeks known evidentiary records, the production of which in advance of trial will enable both parties to more fully prepare for trial.

**IT IS ORDERED**:  that the Government's Motion is granted.  The United States shall issue a subpoena duces tecum to Yahoo! Inc. with a production date no later than September 30, 2013.  Defendant Schuck's objection (Filing No. 144) is overruled.

**IT IS FURTHER ORDERED**:  that the documents may be produced at the offices of the United States Attorney for the District of Nebraska provided that the United States makes such records immediately available to the defendant.

DATED this 10th day of September, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge